OPINION — AG — QUESTION: "OUR COUNTY JUDGE HAS RAISED THE QUESTION OF THE LEGALITY OF BEER BEING SOLD IN A" PRIVATE CLUB "WHERE LIQUOR IS KEPT FOR THE USE OF CLUB MEMBERS BUT NOT SOLD. THE PRIVATE CLUB ALSO HAS, OR WILL HAVE A DANCE FLOOR. IS 37 O.S. 1961, 211-216 [37-211] — [37-216] APPLICABLE?" — SEE OPINION NO. 63-382, OPINION NO. OCTOBER 29, 1957 — FAUBION (THESE OPINIONS ANSWER THE QUESTION) (CHARLES OWENS)